# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

IN RE:                                              CASE NO. 17CV1633
    MONA CASCELLA,
        Debtor.

## RULING ON APPEAL FROM
## UNITED STATES BANKRUPTCY COURT

This is an appeal from the United States Bankruptcy Court order dated September 21, 2017, granting Liberty Bank's motion for relief from stay to allow the bank to enforce its rights in completing a foreclosure action against the debtor's properties.

The bankruptcy court has discretion to determine whether to grant a motion for relief from stay. In re Sonnax Indus., Inc., 907 F.2d 1280, 1286 (2d Cir. 1990). Upon review, the Court finds that the bankruptcy court has not abused its discretion in granting the motion for relief from stay. The Court hereby affirms the bankruptcy court's ruling granting the motion for relief from stay.

The clerk is instructed to close this case.

                                                           /s/Warren W. Eginton
                                                           WARREN W. EGINTON, SENIOR JUDGE
                                                           UNITED STATES DISTRICT COURT

Dated at Bridgeport, Connecticut this 26th day of June, 2018.